NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANTONIO BUSBY,**

*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**

*Respondent*

---

2026-1976

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-24-0532-I-1.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.


FOR THE COURT

2                                              BUSBY V. DHS

July 10, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 10, 2026